UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60848-LEIBOWITZ/AUGUSTIN-BIRCH

**FERGAL JOSEPH MEENAN, et al.,**

    *Plaintiffs*,

*v.*

**MCDANIEL GROUP
ENTERPRISES INC., et al.,**

    *Defendants.*

_____/

## **ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

**THIS CAUSE** is before the Court upon United States Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation ("R&R") on the parties' Joint Motion for Settlement Approval [ECF No. 9] in this FLSA case. In the R&R, Magistrate Judge Augustin-Birch recommends granting the parties' Joint Motion for Settlement Approval and dismissing this action with prejudice [ECF No. 11 at 4–5]. No objections have been filed. Having reviewed, *de novo*, the R&R and the record, and given that there are no objections, it is hereby **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation on Joint Motion to Approve FLSA Settlement and Dismiss Action with Prejudice [ECF No. 11] is **AFFIRMED** and **ADOPTED** and incorporated by reference into this Court's Order.

2. The parties' Joint Motion for Settlement Approval [ECF No. 9] is **GRANTED.**

3. All pending motions not otherwise ruled upon are **DENIED** as **MOOT.**

4. This case is **DISMISSED WITH PREJUDICE.**

5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida this 4th day of September, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record